# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-8468 FMO (SSx) | Date | January 3, 2018 |
|---|---|---|---|
| Title | Joseph Saladino, et al. v. Ben Phillips Media Ltd., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Jurisdiction

On December 13, 2017, the court issued an Order to Show Cause why this case should not be dismissed for lack of jurisdiction. (Dkt. 12). A written response to the Order to Show Cause was ordered to be filed no later than December 21, 2017. Plaintiffs were cautioned that "[f]ailure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice and/or failure to comply with a court order." (Id.). As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. (See, generally, Dkt.). Even though plaintiffs' response was due on December 21, 2017, the court will give plaintiffs one final opportunity to respond to the Order to Show Cause.

Accordingly, IT IS ORDERED that no later than **January 12, 2018**, plaintiffs shall show cause in writing why the action should not be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiffs are again admonished that failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Initials of Preparer     vdr